DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HENRY WARD KENDRICK,**
Appellant,

v.

**PEMBROKE PARK CHURCH OF CHRIST, BROWARD COUNTY, INC.;
LARRY D. BARNARD; ROY FINCH; HERBERT WILLIAMS; JASPER
JOHNSON; SAMUEL AUSTIN; MARCUS BRINSON; ALVIN DANIELS;
CARRIE SPIVEY** and **JOHN WIGGINS, JR.,**
Appellees.

No. 4D18-3488

[October 31, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mily R. Powell, Judge; L.T. Case No. CACE11-30653-03.

Henry Ward Kendrick, Miami, pro se.

Robin F. Hazel of Hazel Law, P.A., Hollywood, for appellees.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and FORST, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***